UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDDIE MURRELL ROLLEN, aka        ) Case No. CV 08-3549-PSG(RC)
EDDIE MURREL ROLLEN,             )
                                 )
                Petitioner,      )
                                 ) ORDER ADOPTING REPORT AND
vs.                              ) RECOMMENDATION OF UNITED STATES
                                 ) MAGISTRATE JUDGE
FREDERICK B. HAWS, WARDEN,       )
ET AL.,                          )
                                 )
                Respondents.     )
_____)

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
petition and other papers along with the attached Report and
Recommendation of United States Magistrate Judge Rosalyn M. Chapman,
and has made a de novo determination.


    IT IS ORDERED that (1) the Report and Recommendation is approved
and adopted; (2) the Report and Recommendation is adopted as the
findings of fact and conclusions of law herein; and (3) Judgment shall
be entered dismissing the habeas corpus petition and action as
untimely.

//

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this

2    Order, the Magistrate Judge's Report and Recommendation and Judgment

3    by the United States mail on petitioner.

4

5    DATED:    January 15, 2009

6

7                                    _____
                                              PHILIP S. GUTIERREZ
8                                       UNITED STATES DISTRICT JUDGE

9    R&R\08-3549.ado
     12/15/08

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28