```
 1
 2
 3
 4
 5
 6
 7                        UNITED STATES DISTRICT COURT
 8                       CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  EDDIE MURRELL ROLLEN, aka    ) Case No. CV 08-3549-PSG(RC)
    EDDIE MURREL ROLLEN,         )
12                               )
               Petitioner,       ) JUDGMENT
13                               )
    vs.                          )
14                               )
    FREDERICK B. HAWS, WARDEN,   )
15  ET AL.,                      )
                                 )
16             Respondents.      )
                                 )
17
18       IT IS ADJUDGED that the petition for writ of habeas corpus and
19  the action are dismissed as untimely.
20
21  DATED:   January 15, 2009
22
                                 _____
23                                      PHILIP S. GUTIERREZ
                                 UNITED STATES DISTRICT JUDGE
24
25  R&R\08-3549.jud
    12/15/08
26
27
28
```